IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02745-LTB

WILLIAM L. GLADNEY,

    Applicant,

v.

PEOPLE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion to Stay Habeas Proceeding and or Hold Proceedings in Abeyance for Reasons that are Established as Follows" filed on February 6, 2012 (Doc. # 10) is DENIED as moot. This case was dismissed by order and judgment filed on December 8, 2011.

Dated: February 7, 2012